Burch & Johnson, for plaintiff.

Spiegel & Bromwell, and Howard Hollister, for defendants.

---

**258**                     [Hamilton Circuit Court, January Term, 1893.]

STATE OF OHIO EX REL. BURKE v. W. L. COMER ET AL.

For opinion in this case see 2 Ohio Dec., 472.